## Hedrick v. Commonwealth.

(Decided November 8, 1929.)

PAUL PORTER and J. SMITH HAYS for appellant.

J. W. CAMMACK, Attorney General, and SAMUEL B. KIRBY, Jr., Assistant Attorney General, for appellee.

426

PER CURIAM: The transcript of evidence was filed in vacation. There is no order in the record showing its filing, or properly making it a part of the record. The motion to strike it from the record must be sustained. Maynard v. Commonwealth, 210 Ky. 362, 275 S. W. 871; Ford v. Commonwealth, 223 Ky. 677, 4 S. W. (2d) 683; Jones v. Commonwealth, 225 Ky. 273, 8 S. W. (2d) 382.

The appeal is denied, and the judgment affirmed.